■ In the Matter of WILLIAM GANCI, Appellant, v NEW YORK STATE BOARD OF PAROLE, Respondent.—In a proceeding pursuant to CPLR article 78 to review a determination of the New York State Board of Parole, which, after a parole release hearing, denied the petitioner release on parole, the petitioner appeals from a judgment of the Supreme Court, Dutchess County (Green, J.), dated January 29, 1987, which dismissed the petition.

Ordered that the judgment is affirmed, without costs or disbursements.

We have reviewed the record and agree with the petitioner's assigned counsel that there are no meritorious issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see, Anders v California, 386 US 738; People v Paige, 54 AD2d 631; cf., People v Gonzalez, 47 NY2d 606). Thompson, J. P., Niehoff, Eiber, Sullivan and Harwood, JJ., concur.